UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                              Case No. 19-10285-BKC-RAM

GISELA MOREIRAS;

                                                              Chapter 7

       Debtor.                           /

**TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED
EXEMPTIONS AND MOTION FOR TURNOVER**

      JACQUELINE CALDERIN, Chapter 7 Trustee, (the "Trustee") respectfully moves this Court, pursuant to Rules 4003 and 9006(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §,§ 521, 522, 541, and 542, and files this *Objection to Debtor's Claimed Exemptions and Motion for Turnover* (the "Objection") for the personal property claimed exempt by the Debtor, and in support thereof, states as follows:

      1.      This matter was initiated by Gisela Moreiras (the "Debtor") with the filing of a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code in this Court [ECF #1].

      2.      The § 341 Meeting of Creditors was held and concluded on February 6, 2019 [ECF #19].

      3.      Schedule A/B of Debtor's bankruptcy petition [ECF #1] reflects personal property listed with an aggregate value that exceeds allowed exemptions under Florida law.

      4.      Pursuant to Florida Law, the Debtor is entitled to exempt property with a value of up to $1,000.00 plus $1,000 for a motor vehicle if the Debtor is claiming a homestead exemption. If the Debtor is not claiming a homestead exemption, then the Debtor may claim an additional $4,000 of exemptions in personal property.

      5.      The Debtor has claimed a home exempt.

6. The Trustee believes the Debtors have exceeded allowed claimed exemptions, the value of which should be turned over to the Trustee for the benefit of creditors.

7. Therefore, the Trustee objects to the Debtor's claimed exemptions and turnover of the non-exempt value of the following property listed on Schedule A/B.

**WHEREFORE,** the Trustee respectfully requests an Order: (a) sustaining the Trustee's objection to the Debtor's claimed exemptions; (b) directing the Debtor to turnover property that exceeds the amount of the allowed exemptions; and (c) granting such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the parties listed on the Service List below on March 8, 2019.

/s/ Jacqueline Calderin
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

**Via U.S. Mail**:

Gisela Moreiras
5411 SW 143 Ave
Miami, FL 33175